IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JAN 2 5 2006
JAN 25 2006
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

| | | |
|---|---|---|
| JAIME LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  02 C 8399 |
| | ) | |
| MARK DEL BOCCIO and | ) | JUDGE NORGLE |
| EDWARD LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective

attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed

herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs

and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order

of Dismissal. The Court's Order of January 25, 2006, dismissing this case with prejudice is vacated by the

agreement of the parties.

Lawrence V Jackowiak
Lawrence Jackowiak
Attorney for plaintiff,
Jaime Lopez
33 N. LaSalle Street, Suite 2700
Chicago, IL 60602
(312) 795-9595
Attorney No.

Date: 1-25-6

Respectfully submitted,

Dawn E. Bode
Dawn E. Bode
Special Assistant Corporation Counsel
Attorney for defendants,
DelBoccio and Lewis
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney No. 06198401

Date: 1-25-06